**EQUANT, INCORPORATED, doing business as Orange Business Services, Plaintiff–Appellant**

v.

**UNIFIED 2020 REALTY PARTNERS, L.P.; Unified 2020 Realty Partner G.P., L.L.C.; B.V.L. Partners, L.L.C., Defendants–Appellees.**

No. 12–10454.

United States Court of Appeals, Fifth Circuit.

March 28, 2013.

Jeffrey M. Goldfarb, DLA Piper, L.L.P., Dallas, TX, for Plaintiff–Appellant.

David A. Schiller, Counsel, Schiller Exline, P.L.L.C., Plano, TX, for Defendants–Appellees.

Before KING, HIGGINBOTHAM, and CLEMENT, Circuit Judges.

PER CURIAM: *

The appeal is DISMISSED without prejudice except as to refiling in federal

---

court. We do not reach the merits of this case. All pending motions are DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.